**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1812**

---

HEARING ASSESSMENT CENTER, INCORPORATED,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CA-99-505-JFM)

---

Submitted:  October 20, 1999          Decided:  November 17, 1999

---

Before MICHAEL and TRAXLER, Circuit Judges, BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bruce E. Kauffman, Jeffrey L. Forman, KAUFFMAN & FORMAN, Towson, Maryland, for Appellant.  Lynne A. Battaglia, United States Attorney, Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The Appellant appeals the district court's order dismissing this action based on Appellant's failure to exhaust administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Hearing Assessment Ctr., Inc. v. Blue Cross & Blue Shield of Texas, Inc.</u>, No. CA-99-505-JFM (D. Md. May 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>